Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Frankfort Division

Eastern District of Kentucky
FILED
MAY 11 2022
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| Wei Qiu | Case No. 3:21-CV-27-JMH |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Board of Education of Anderson County, Kentucky | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Wei Qiu |
   | Street Address | 2398 Heather Way |
   | City and County | Lexington |
   | State and Zip Code | KY 40503 |
   | Telephone Number | 859 797 3859 |
   | E-mail Address | wqiu2000@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
  Name: Board of Education of Anderson County, Kentucky
  Job or Title (if known):
  Street Address: 1160 Bypass North
  City and County: Lawrenceburg    Anderson County
  State and Zip Code: KY 40342
  Telephone Number: (502) 839-3406
  E-mail Address (if known): chris.glass@anderson.kyschools.us

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Anderson County High School |
| Street Address | 1 Bearcat Drive |
| City and County | Lawrenceburg |
| State and Zip Code | KY 40342 |
| Telephone Number | (502) 839-5118 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [✔] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

June 1, 2020

C.  I believe that defendant(s) *(check one)*:

- [✔] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [✔] race
- [✔] color
- [ ] gender/sex
- [ ] religion
- [✔] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E.  The facts of my case are as follows. Attach additional pages if needed.

1. I am a neutralized US citizen with Chinese origin speaking accent English.

2. I was a Kentucky licensed chemistry teacher with two- and half-year experience when I applied for the chemistry teaching position with Anderson County High School on 04/28/2020. I was very well qualified for the position the school was hiring for.

3. After interview, I emailed Mr. Josh White, the assistant principal, every week to ask about the hiring decision. I tried to convince him to hire me with new evidence in my emails. His answer was always they were still searching for new candidate. My interview was on May 8, 2020, he held me wait to May 29, 2020 on which he found a white available to him.

4. Mr. White interviewed the white on May 29, 2020 and hired her on the day. The white candidate waited zero day after her interview before getting the job. Even though there were still about 70 days before school starting in the fall, Mr. White did not let the white he found wait for even one day to go on searching for a better candidate. When a white speaking perfect English was found, Mr. White was satisfied.


Mr. White violated the *Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin)* because he was not uniform to the white candidate and me whom was a Chinese with accent. I ask the court to relief what I lost for not getting the job because of the discrimination against me based on my national origin and race.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

1. I am a neutralized US citizen with Chinese origin speaking accent English.

2. I was a Kentucky licensed chemistry teacher with two- and half-year experience when I applied for the chemistry teaching position with Anderson County High School on 04/28/2020. I was very well qualified for the position the school was hiring for.

3. After interview, I emailed Mr. Josh White, the assistant principal, every week to ask about the hiring decision. I tried to convince him to hire me with new evidence in my emails. His answer was always they were still searching for new candidate. My interview was on May 8, 2020, he held me wait to May 29

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
09/10/2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 05/28/2021

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Wage: $44,091
2. Medical Insurance: $3000
3. Dental and Visual: $2100
4. Retirement: 13.105% × $44,091 = $5778

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     06/28/2021

Signature of Plaintiff      Wei Qiu      *Wei Qiu*
Printed Name of Plaintiff   Wei Qiu      *Wei Qiu*

### B. For Attorneys

*Wei Qiu, amended on 5/11/2022*

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address