UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| WEI QIU, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:21-cv-00027-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF EDUCATION OF | ) | **JUDGMENT** |
| ANDERSON COUNTY, KENTUCKY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of Defendant Board of Education of Anderson County, Kentucky;

2. The Final Pre-Trial Conference and Trial scheduled in this matter **[R. 40]** are **CANCELLED**; and,

3. This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

This the 28th day of August, 2023.

Gregory F. Van Tatenhove
United States District Judge